

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2015

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A.**, a child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on **July 24, 2015**. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court